The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BARRY LONG,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>1000 1ST AVE SOUTH LP, QG SEATTLE LLC, WSA PROPERTIES LLC, WSA PROPERTIES IV, LLC, 6TH & BATTERY BUILDING LLC,<br><br>　　　　　　　Defendants. | No. 2:17-cv-00443-RSL<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND THE DEADLINE TO FILE JOINT STATUS REPORT AND DISCOVERY PLAN |

THIS MATTER came before the Court on the Stipulated Motion to Extend the Deadline to File Joint Status Report and Discovery Plan, and having considered the submission of the parties and the record herein, it is hereby:

ORDERED, ADJUDGED, AND DECREED that the Stipulated Motion to Extend the Deadline to File Joint Status Report and Discovery Plan is GRANTED. The Parties' Joint Status Report and Discovery Plan is due August 1, 2017.

DATED this 20th day of June, 2017.

_____
The Honorable Robert S. Lasnik

ORDER GRANTING STIPULATED MOTION TO EXTEND THE
DEADLINE TO FILE JOINT STATUS REPORT AND DISCOVERY
PLAN (2:17-cv-00443-RSL) - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384