The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BARRY LONG,<br><br>                     Plaintiff,<br><br>   v.<br><br>1000 1ST AVE SOUTH LP, QG SEATTLE LLC, WSA PROPERTIES LLC, WSA PROPERTIES IV, LLC, 6TH & BATTERY BUILDING LLC,<br><br>                 Defendants. | No. 2:17-cv-00443-RSL<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT 1000 1ST AVE SOUTH LP<br><br>NOTE ON MOTION CALENDAR: JULY 25, 2017 |

**STIPULATION**

IT IS HEREBY STIPULATED by plaintiff and defendant 1000 1st Avenue South L.P., through their respective attorneys, that all claims that were or could have been asserted by plaintiff against defendant 1000 1st Avenue South L.P. may be dismissed with prejudice and without costs to any party.

//

//

STIPULATED MOTION AND ORDER OF DISMISSAL WITH
PREJUDICE OF DEFENDANT 1000 AVE SOUTH LP
(2:17-cv-00443-RSL) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1    DATED this 13th day of July, 2017.

2                                      KELLER ROHRBACK L.L.P.

3

4    By /s/ Benjamin J. Lantz
         Benjamin J. Lantz, WSBA #25057
5        Keller Rohrback L.L.P.
         1201 Third Avenue, Suite 3200
6        Seattle, WA 98101
         Email: blantz@kellerrohrback.com
7        P: (206) 623-1900; F: (206) 623-3384

8        Attorneys for Defendant 1000 1st Ave South LP

9

10   WASHINGTON CIVIL AND DISABILITY
     ADVOCATE

11

12   By /s/ Conrad Reynoldson
         Conrad Reynoldson, WSBA #48187
13       Washington Civil and Disability Advocate
         4421 51st Avenue NE
14       Seattle, WA 98105
         Email: conrad.wacda@gmail.com
15       P: (206) 855-3134

16       Attorneys for Plaintiff

17

18   CARNEY GILLESPIE ISITT PLLP

19

20   By /s/ Christopher Carney
         Christopher Carney, WSBA #30325
21       Washington Civil and Disability Advocate
         315 5th Avenue South, Suite 860
22       Seattle, WA 98104
         Email: christopher.carney@cgilaw.com
23       P: (206) 445-0212

24       Attorneys for Plaintiff

25

26

STIPULATED MOTION AND ORDER OF DISMISSAL WITH
PREJUDICE OF DEFENDANT 1000 AVE SOUTH LP
(2:17-cv-00443-RSL) - 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## ORDER

IT IS SO ORDERED.

DATED this 28th day of July, 2017.


_Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

Presented by:

KELLER ROHRBACK L.L.P.


By /s/ Benjamin J. Lantz
Benjamin J. Lantz, WSBA #25057
Email: blantz@kellerrohrback.com
Attorneys for Defendant 1000 1st Ave South LP

WASHINGTON CIVIL AND DISABILITY ADVOCATE


By /s/ Conrad Reynoldson
Conrad Reynoldson, WSBA #48187
Email: conrad.wacda@gmail.com
Attorneys for Plaintiff

CARNEY GILLESPIE ISITT PLLP


By /s/ Christopher Carney
Christopher Carney, WSBA #30325
Email: christopher.carney@cgilaw.com
Attorneys for Plaintiff

STIPULATED MOTION AND ORDER OF DISMISSAL WITH
PREJUDICE OF DEFENDANT 1000 AVE SOUTH LP
(2:17-cv-00443-RSL) - 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384