THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARRY LONG,<br><br>        Plaintiff,<br><br>    v.<br><br>1000 1ST AVE SOUTH LP, QG SEATTLE LLC, WSA PROPERTIES LLC, WSA PROPERTIES IV, LLC, 6TH & BATTERY BUILDING, L.L.C.,<br><br>        Defendants. | Case No.: 2:17-cv-00443-RSL<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT 6TH & BATTERY BUILDING, L.L.C. |

## I. STIPULATION

IT IS HEREBY STIPULATED by plaintiff and defendant 6th & Battery Building, L.L.C., through their respective attorneys, that all claims that were or could have been asserted by plaintiff against defendant 6th & Battery Building, L.L.C. be dismissed with prejudice and without fees or costs to any party.

///

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE
OF DEFENDANT 6TH & BATTERY BUILDING, L.L.C. -**Error! Reference source not found.**

54711-002\ 968811.docx        -1-

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

DATED this 7th day of August, 2017.

| STOKES LAWRENCE, P.S. | WASHINGTON CIVIL AND DISABILITY ADVOCATE |
|---|---|
| By: /s/Justo G. Gonzalez<br>Justo G. Gonzalez (WSBA #39127)<br>Stokes Lawrence, P.S.<br>1420 Fifth Avenue, Suite 3000-2393<br>Seattle, WA 98101<br>Email: jgg@stokeslaw.com<br>Phone: 206.626.6000<br>Facsimile: 206.464.1496<br><br>Attorneys for Defendant 6th & Battery Building, L.L.C. | By: /s/Conrad Reynoldson<br>Conrad Reynoldson (WSBA #48187)<br>Washington Civil and Disability Advocate<br>4421 51st Avenue NE<br>Seattle, WA 98105<br>Email: conrad.wacda@gmail.com<br>Phone: 206.855.3134<br><br>Attorney for Plaintiff Barry Long<br><br>CARNEY GILLESPIE ISITT, PLLP<br><br>By: /s/Christopher Carney<br>Christopher Carney (WSBA #30325)<br>Carney Gillespie Isitt, PLLP<br>315 5th Avenue South, Suite 860<br>Seattle, WA 98104<br>Email: christopher.carney@cgilaw.com<br>Phone: 206.445.0212<br>Attorneys for Plaintiff Barry Long |

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT 6TH & BATTERY BUILDING, L.L.C. -**Error! Reference source not found.**

54711-002\ 968811.docx

-2-

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

| | |
|---|---|
| 1 | **ORDER** |
| 2 | |
| 3 | PURSUANT TO STIPULATION IT IS SO ORDERED. |
| 4 | DATED this 10th day of August, 2017. |

**ORDER**

PURSUANT TO STIPULATION IT IS SO ORDERED.

DATED this 10th day of August, 2017.

_/s/ Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT 6TH & BATTERY BUILDING, L.L.C. -**Error! Reference source not found.**

54711-002\ 968811.docx

-3-

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000