THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARRY LONG,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>1000 1ST AVE SOUTH LP; QG SEATTLE LLC; WSA PROPERTIES LLC; WSA PROPERTIES IV, LLC; 6TH & BATTERY BUILDING LLC,<br><br>　　　　　　Defendants. | Case No. 2:17-cv-00443-RSL<br><br>**STIPULATED MOTION FOR ORDER OF DISMISSAL OF DEFENDANTS WSA PROPERTIES LLC AND WSA PROPERTIES IV, LLC**<br><br>NOTE ON MOTION CALENDAR: AUGUST 29, 2017 |

## STIPULATION

Plaintiff Barry Long has settled its claims against Defendants WSA Properties LLC and WSA Properties IV, LLC. Accordingly, the parties hereby stipulate and agree to the dismissal of Defendants WSA Properties LLC and WSA Properties IV, LLC from this action, with prejudice, and request that the Court enter an order of dismissal as to Defendants WSA Properties LLC and WSA Properties IV, LLC.

DATED: August 29, 2017　　　　　CARNEY GILLESPIE ISITT PLLP

By　*s/ Christopher Carney*
Christopher Carney, WSBA No. 30325
315 Fifth Ave S, Suite 860
Seattle, WA 98104-3253
Phone: (206) 260-2486
christopher.carney@cgilaw.com
Attorneys for Plaintiff

STIPULATED MOTION FOR ORDER OF DISMISSAL OF DEFENDANTS
WSA PROPERTIES LLC AND WSA PROPERTIES IV, LLC - 1
NO. 2:17-cv-00443-RSL
130772.0001/7060098.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

WASHINGTON CIVIL & DISABILITY ADVOCATE

By *s/ Conrad A. Reynoldson*
Conrad A. Reynoldson, WSBA No. 48187
3513 NE 45 St, Suite G
Seattle, WA 98105-5660
Phone: (206) 855-3134
Conrad.wacda@gmail.com
Attorneys for Plaintiff

LANE POWELL PC

By *s/ Charles P. Rullman*
D. Michael Reilly, WSBA No. 14674
reillym@lanepowell.com
Charles P. Rullman, WSBA No. 42733
rullmanc@lanepowell.com
Attorneys for Defendants WSA Properties LLC and WSA Properties IV, LLC

STIPULATED MOTION FOR ORDER OF DISMISSAL OF DEFENDANTS
WSA PROPERTIES LLC AND WSA PROPERTIES IV, LLC - 2
NO. 2:17-cv-00443-RSL
130772.0001/7060098.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

# ORDER

Based on the foregoing Stipulation between the parties, the Court hereby ORDERS the DISMISSAL of Defendants WSA Properties LLC and WSA Properties IV, LLC.

IT IS SO ORDERED.

DATED this 31st day of Aug., 2017.

*/s/ Robert S. Lasnik*

JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By *s/ Charles P. Rullman*
　　D. Michael Reilly, WSBA No. 14674
　　reillym@lanepowell.com
　　Charles P. Rullman, WSBA No. 42733
　　rullmanc@lanepowell.com
Attorneys for Defendants WSA Properties LLC
and WSA Properties IV, LLC

CARNEY GILLESPIE ISITT PLLP

By *s/ Christopher Carney*
　　Christopher Carney, WSBA No. 30325
　　christopher.carney@cgilaw.com
Attorneys for Plaintiff

WASHINGTON CIVIL & DISABILITY ADVOCATE

By *s/ Conrad A. Reynoldson*
　　Conrad A. Reynoldson, WSBA No. 48187
　　Conrad.wacda@gmail.com
Attorneys for Plaintiff

STIPULATED MOTION FOR ORDER OF DISMISSAL OF DEFENDANTS
WSA PROPERTIES LLC AND WSA PROPERTIES IV, LLC - 3
NO. 2:17-cv-00443-RSL
130772.0001/7060098.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107