THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARRY LONG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>1000 1ST AVE SOUTH LP, QG SEATTLE LLC, WSA PROPERTIES LLC, WSA PROPERTIES IV, LLC, 6TH & BATTERY BUILDING, L.L.C.,<br><br>　　　　Defendants. | Case No.: 2:17-cv-00443-RSL<br><br>STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT QG SEATTLE LLC<br><br>NOTE ON MOTION CALENDAR: SEPTEMBER 14, 2017 |

## I. STIPULATION

IT IS HEREBY STIPULATED by plaintiff and defendant QG SEATTLE, LLC, through their respective attorneys, that all claims that were or could have been asserted by plaintiff against defendant QG SEATTLE LLC. be dismissed with prejudice and without fees or costs to any party as the matter has been settled.

///

STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE OF DEFENDANT QG SEATTLE LLC

Washington Civil & Disability Advocate
3513 NE 45th Street, Suite G
Seattle, WA 98105
(206) 855-3134

-1-

1  DATED this 14th day of September,

2  2017. VERIS LAW GROUP PLLC                WASHINGTON CIVIL & DISABILITY
                                              ADVOCATE
3

4  By: /s/Joshua C. Allen Brower             By: /s/Conrad Reynoldson
       Mr. Joshua C. Allen Brower                Conrad Reynoldson (WSBA #48187)
5      Veris Law Group PLLC                     Washington Civil & Disability Advocate
       1809 7th Ave, Suite 1400                 3513 NE 45th Street
6      Seattle, WA 98101                        Seattle, WA 98105, Suite G
7      Email: josh@verislawgroup.com            Email: conrad.wacda@gmail.com Phone:
       Phone: 206.829.8233                     206.855.3134
8
9                                              Attorneys for Plaintiff Barry Long
   Attorneys for Defendant QG
10 SEATTLE, LLC
                                               CARNEY GILLESPIE ISITT, PLLP
11

12

13                                             By: /s/Christopher Carney
                                                   Christopher Carney (WSBA #30325)
14                                                 Carney Gillespie Isitt, PLLP
                                                   315 5th Avenue South, Suite 860
15                                                 Seattle, WA 98104
16                                                 Email: christopher.carney@cgilaw.com
                                                   Phone: 206.445.0212
17
                                               Attorneys for Plaintiff Barry Long
18

**ORDER**

PURSUANT TO STIPULATION IT IS SO ORDERED.

DATED this 21st day of September, 2017.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE OF DEFENDANT QG SEATTLE LLC

Washington Civil & Disability Advocate
3513 NE 45th Street, Suite G
Seattle, WA 98105
(206) 855-3134

-3-